No. 36. MARTIN H. FREE, PLAINTIFF IN ERROR, *v.* THE WESTERN UNION TELEGRAPH COMPANY. In error to the Supreme Court of the State of Wisconsin. Argued October 25 and 26, 1916. Decided October 30, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Consol. Turnpike* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Ennis Water Works* v. *Ennis,* 233 U. S. 652, 658; *Parker* v. *McLain,* 237 U. S. 469, 471–472; (2) *John* v. *Paullin,* 231 U. S. 583, 585–586; *McDonald* v. *Oregon R. & Nav. Co.,* 233 U. S. 665, 669–670; (3) *Simon* v. *Craft,* 182 U. S. 427, 437; *Louisville & Nashville R. R. Co.* v. *Schmidt,* 177 U. S. 230. *Mr. B. I. Salinger* and *Mr. Frederick S. Tyler* for the plaintiff in error. *Mr. Rush Taggart, Mr. George H. Fearons* and *Mr. Francis Raymond Stark* for the defendant in error.